*E-Filed: June 17, 2015*

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

Yung K. So
        Plaintiff (s),
V.
Woodland Property Homeowners Association, et al.
        Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 5:15-cv-01703 HRL

Notice is hereby given that, subject to approval by the court, __Woodland Property Homeowners Asso.__ substitutes
(Party (s) Name)

__Jeffrey V. Ta__, State Bar No. __225188__ as counsel of record in
(Name of New Attorney)

place of __Pratt & Associates__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Bledsoe, Diestel, Treppa & Crane, LLP
Address: 601 California St., 16th Floor
Telephone: (415) 981-5411    Facsimile (415) 981-0352
E-Mail (Optional):

I consent to the above substitution.
Date: June 6 2015
(Signature of Party (s))

I consent to being substituted.
Date: 5/27/15
(Signature of Former Attorney (s))

I consent to the above substitution
Date: 6/10/15
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date  June 17, 2015
(Judge)

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]