*E-Filed: June 17, 2015*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

YUNG K. SO,

Plaintiff,

v.

WOODLANDS PROPERTY HOMEOWNERS ASSOCIATION; et al.,

Defendants.
_____/

No. C15-01703 HRL

**ORDER TO SHOW CAUSE**

A hearing on Defendant Woodlands Property Homeowners Association's motion to quash was held on June 9, 2015. Defendant's counsel, Jeffrey Ta, did not appear at the hearing.

Attorney Ta shall appear on July 14, 2015, at 10:00 am in Courtroom 2, Fifth Floor, 280 South First St., San Jose CA 95113 and show cause why sanctions should not be imposed for his failure to appear. Attorney Ta shall file a Statement in response to this Order to Show Cause no later than July 7, 2015.

**IT IS SO ORDERED.**

Dated: June 17, 2015

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C15-01703 HRL Notice will be electronically mailed to:**

Jeffrey V. Ta     jta@bledsoelaw.com, mlegaspi@bledsoelaw.com

Sharon Glenn Pratt     spratt@prattattorneys.com, cotto@prattattorneys.com, pwendleton@prattattorneys.com, rtapia@prattattorneys.com, rtrazo@prattattorneys.com

**C15-01703 HRL Notice will be mailed to:**

Yung K. So
2316 Ashglen Way
San Jose, CA 95133

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**