*E-Filed: July 15, 2015*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

YUNG K. SO,

    Plaintiff,

v.

WOODLAND PROPERTY HOMEOWNERS ASSOCIATION, et al.,

    Defendants.

Case No.  15-cv-01703-HRL

**ORDER DISCHARGING ORDER TO SHOW CAUSE**

Re: Dkt. No. 19

A hearing on Defendant Woodland Property Homeowners Association's motion to quash was held on June 9, 2015.  Defendant's counsel, Jeffrey Ta, did not appear at the hearing. Accordingly, the Court ordered Mr. Ta to appear on July 14, 2015, and explain why he failed to appear at the hearing.

Mr. Ta filed a Statement in response to the Order to Show Cause on July 7, 2015.  Based on Mr. Ta's explanation as to why he did not appear at the hearing both in the Statement and at the show cause hearing, the Order to Show Cause is discharged.

**IT IS SO ORDERED.**

Dated: July 15, 2015

                                                          _____
                                                          HOWARD R. LLOYD
                                                          United States Magistrate Judge